UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WILLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 07-1398-RC<br><br><br><br>JUDGMENT |

  IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: February 4, 2009  /s/ Rosalyn M. Chapman
            ROSALYN M. CHAPMAN
           UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1398.jud
2/4/09